# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY, <br><br> Plaintiff, <br><br> v. <br><br> LADESMA, *et al.*, <br><br> Defendants. | Case No. 1:19-cv-01041-DAD-BAM (PC) <br><br> ORDER REGARDING MOTION FOR STATUS <br><br> (ECF No. 10) |

Plaintiff Daniel Lee Thornberry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 25, 2019, Plaintiff filed a motion inquiring about the status of the instant action. (ECF No. 10.) Plaintiff stated that he had not received any orders from the Court since the filing of his declination and assignment of a District Judge, and requested that the Clerk of the Court research his case and let him know if there had been any orders requiring a response or reply since that time. (Id.)

Parties are required to keep the Court informed of the party's current address, and the Court will then provide notice of all actions which might affect the case as soon as an action is taken in the case. Generally, the Court will not respond in writing to individual inquiries regarding the status of a case. (ECF No. 4, pp. 3–4.) However, the Court will make a one-time exception.

1

| 1 | On January 21, 2020, the Court screened Plaintiff's complaint and granted Plaintiff leave
| 2 | to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days from
| 3 | the date of service of that order.  (ECF No. 13.)  No other orders have been entered in this case
| 4 | that require a response from Plaintiff.  Plaintiff should continue to keep the Court informed of his
| 5 | current address while this action remains pending.
| 6 | Accordingly, Plaintiff's request for the status of this case, (ECF No. 10), is GRANTED, as
| 7 | set forth above.

IT IS SO ORDERED.

Dated: **January 22, 2020**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE